UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FERENC KOPLYAY, et al.,

                              Plaintiffs,                13 Civ. 790 (CM)

        -against-

CIRRUS LOGIC, INC., et al.,

                              Defendants.

-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/13__

## ORDER

McMahon, J.:

        It is hereby ordered that:

        Ferenc Koplyay is appointed lead plaintiff in this action and Robbins Geller Rudman &
Dowd LLP is appointed lead counsel. The following case is consolidated with this action:
*Dovellos v. Cirrus Logic, Inc.*, No. 13 Civ. 2174. All further filings should be made under 13
Civ. 790.

        Plaintiff's amended complaint is due May 1, 2013. Defendants' motion to dismiss is due
May 24, 2013. Plaintiff has until June 7, 2013 to respond. Defendants' reply is due June 14,
2013.

        The Clerk of the Court is directed to terminate the motions at Docket Nos. 16 and 19, as
they have been withdrawn.

Dated: April 19, 2013

                                                    _____
                                                    U.S.D.J.

BY ECF TO ALL COUNSEL