UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FERENC KOPLYAY, et al., On behalf of
Himself and All Others Similarly Situated,  :

      Plaintiff,  :

  - against -  :

CIRRUS LOGIC, INC., JASON P. RHODE,
and THURMAN K. CASE,  :

      Defendants.  :
------------------------------------------------------------------ x

**ECF CASE**

No. 13 Civ. 00790 (CM)
(Consolidated)

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the Declaration of James J. Beha II in Support of Defendants' Motion to Dismiss, dated May 24, 2013, and the exhibits attached thereto; the Memorandum of Law in Support of Defendants' Motion to Dismiss, dated May 24, 2013, and the Appendix attached thereto; Defendants Cirrus Logic, Inc., Jason P. Rhode, and Thurman K. Case, by and through their attorneys, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, hereby move this Court, before the Honorable Colleen McMahon, United States District Court Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York New York, for an order dismissing the consolidated amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief.

Dated: May 24, 2013
    New York, New York

        s/ Joel C. Haims
        Joel C. Haims

        MORRISON & FOERSTER LLP

        Joel C. Haims
        James J. Beha II
        1290 Avenue of the Americas
        New York, New York 10104
        (212) 468-8000

        Darryl P. Rains (admitted *pro hac vice*)
        755 Page Mill Road
        Palo Alto, California 94304
        (650) 813-5600
        *Attorneys for Defendants*